IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JEFFERY S.,[1]           )
                         )
        Plaintiff,       )
                         )
v.                       )
                         )
ANDREW M. SAUL,          )
Commissioner of Social Security, )
                         )
        Defendant.       )   Civil Action No. 1:19-CV-148-C-BU

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendant's Unopposed Motion to Remand should be granted pursuant to sentence four of 42 U.S.C. § 405(g).

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant's Unopposed Motion to Remand is **GRANTED**. Accordingly, this civil action is hereby **REMANDED** for further administrative proceedings.

SO ORDERED this 2nd day of January, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.